IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE NINA Y. WANG**

| | |
|---|---|
| Civil Action: 1:24-cv-00810-NYW-SBP | Date: October 22, 2024 |
| Courtroom Deputy: Heidi L. Guerra | Court Reporter: Darlene Martinez |

| *Parties* | *Counsel* |
|---|---|
| AMGEN, INC., <br> IMMUNEX CORPORATION, <br> AMGEN MANUFACTURING, LIMITED, <br><br>      Plaintiffs, <br><br> v. <br><br> GAIL MIZNER, MD, in her official capacity, <br> SAMI DIAB, MD, in his official capacity, <br> AMARYLIS GUTIERREZ, PharmD, in her official capacity, <br> CATHERINE HARSHBARGER, in her official capacity, <br> JAMES JUSTIN VANDENBERG, PharmD, in his official capacity, <br> MICHAEL CONWAY, in his official capacity, and <br> PHILIP WEISER, in his official capacity, <br><br>      Defendants. | *Paul Mezzina* <br> *Cliff Stricklin* <br><br><br><br><br><br> *Abby L. Chestnut* <br> *Heather Flannery* <br> *Russell Johnson* <br> *Pawan Nelson* |

## COURTROOM MINUTES

**ORAL ARGUMENT**

**10:02 a.m.     Court in session.**

Appearances of counsel.

Argument held regarding Plaintiffs' Motion for Summary Judgment [24] and Defendants' Combined Cross-Motion for Summary Judgment/Response to Plaintiffs' Motion for Summary Judgment [29].

**ORDERED:** Plaintiffs' Motion for Summary Judgment [24] and Defendants' Combined Cross-Motion for Summary Judgment [29] are DEEMED ARGUED, SUBMITTED, and TAKEN UNDER ADVISEMENT. The Court will issue a written opinion.

**11:26 a.m.     Court in recess.**

Hearing concluded.
Total time in court:     1:24