# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-00810-NYW-SBP

AMGEN INC.;
IMMUNEX CORPORATION; and
AMGEN MANUFACTURING, LIMITED,

    Plaintiffs,

v.

GAIL MIZNER, MD, in her official capacity as Chair of the Colorado Prescription Drug Affordability Review Board;
SAMI DIAB, MD, in his official capacity as a member of the Colorado Prescription Drug Affordability Review Board;
AMARYLIS GUTIERREZ, PharmD, in her official capacity as a member of the Colorado Prescription Drug Affordability Review Board;
CATHERINE HARSHBARGER, in her official capacity as a member of the Colorado Prescription Drug Affordability Review Board;
JAMES JUSTIN VANDENBERG, PharmD, in his official capacity as a member of the Colorado Prescription Drug Affordability Review Board;
MICHAEL CONWAY, in his official capacity as Commissioner of the Colorado Division of Insurance; and
PHILIP WEISER, in his official capacity as Attorney General of the State of Colorado,

    Defendants.

---

## FINAL JUDGMENT

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Order entered by United States District Judge Nina Y. Wang on March 28, 2025 (ECF No. 49), it is

    ORDERED that summary judgment is hereby entered in favor of Defendants against Plaintiffs.  It is

FURTHER ORDERED that Defendants shall have costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen days of the entry of judgment, pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.  It is

FURTHER ORDERED that this case is terminated.

Dated at Denver, Colorado this 28th day of March, 2025.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/C. Pearson, Deputy Clerk