# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO
# Denver

AMGEN INC., *et al.*,

    *Plaintiffs*,

v.

GAIL MIZNER, MD, in her official capacity as Chair of the Colorado Prescription Drug Affordability Review Board, *et al.*,

    *Defendants*.

**Civil Action
No. 1:24-cv-810-NYW-SBP**

## PLAINTIFFS' NOTICE OF APPEAL

Plaintiffs Amgen Inc., Immunex Corporation, and Amgen Manufacturing, Limited hereby appeal to the United States Court of Appeals for the Federal Circuit from the Memorandum Opinion and Order (Doc. 49) and Final Judgment (Doc. 50), both dated March 28, 2025, granting Defendants' motion for summary judgment and dismissing Plaintiffs' complaint without prejudice for lack of subject matter jurisdiction, and from all interlocutory or other orders and rulings subsidiary or relating thereto.

Dated: April 8, 2025

                                                                   Respectfully submitted,

                                                                   */s/ Paul Alessio Mezzina*

| | |
|---|---|
| Cliff Stricklin | Ashley C. Parrish |
|   (Colo. Bar No. 39725) |   (D.C. Bar No. 464683) |
| KING & SPALDING LLP | Paul Alessio Mezzina |
| 1401 Lawrence Street, Suite 1900 |   (D.C. Bar No. 999325) |
| Denver, CO 80202 | Kelly Nicole Reeves |
| (720) 535-2300 |   (D.C. Bar No. 471923) |
| cstricklin@kslaw.com | Brian A. Bohnenkamp |
| |   (D.C. Bar No. 982213) |
| | Alexander Kazam |
| |   (D.C. Bar No. 1708188) |
| | KING & SPALDING LLP |
| | 1700 Pennsylvania Avenue NW |
| | Washington, DC 20006 |
| | (202) 737-0500 |
| | aparrish@kslaw.com |
| | pmezzina@kslaw.com |
| | nreeves@kslaw.com |
| | bbohnenkamp@kslaw.com |
| | akazam@kslaw.com |

*Counsel for Plaintiffs*